√#120  #129217

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2011 JAN 20 PM 3:07

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:  WORTKOETTER, KENNETH J            Case No. 10-31575
        WORTKOETTER, CHRISTINE

Judge MARY ANN WHIPPLE

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Patricia Pool, CPA | 324 W High Street<br>Bryan, OH 43506 | $1.37 |
| A J Door | 516 Linden<br>West Unity, OH 43570 | $0.68 |

Check #120 for $2.05 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 1/18/11

cc: Office of the U.S. Trustee